

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

08CV4683
JUDGE PALLMEYER
MAG. NOLAN



| | |
|---|---|
| **Plaintiff(s):** GUY P. SALMON, MARSHALL PIPPION, etc. | **Defendant(s):** ROGER E. WALKER JR., etc, et al. |
| **County of Residence:** CHRISTIAN | **County of Residence:** |
| **Plaintiff's Address:** Guy P. Salmon, B-53632<br>Marshall Pippion, N-11854<br>Taylorville<br>P.O. Box 900<br>Taylorville, IL 62568 | **Defendant's Attorney:** Illinois Department of Corrections<br>100 West Randolph Street, 4-200<br>Chicago, IL 60601 |

FILED
AUG 18 2008
Aug 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes   [ ] No

**Signature:** *[signature]*   **Date:** 8/18/08

Pallmeyer
Nolan

99cv8111