10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

GUY P. SALMON

_____
Plaintiff

v.

ROGER E. WALKER JR. DIRECTOR, IDOC,
GLENN M. JACKSON CHIEF RECORD

_____
Defendant(s)

C 08CV4683
JUDGE PALLMEYER
MAG. NOLAN

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, GUY P. SALMON_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the (complaint)/petition/motion/appeal. In support of this petition/(application)/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # B53632_____ Name of prison or jail: Taylorville Corr. Center
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $19.20

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: N/A_____
   Name and address of employer: _____ N/A _____

   a. If the answer is "No":
      Date of last employment: N/A_____
      Monthly salary or wages: N/A_____
      Name and address of last employer: N/A_____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: N/A_____
      Name and address of employer: N/A_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount N/A_____ Received by _____ N/A _____  ☐Yes  ☒No

    b.    ☐ Business, ☐ profession or ☐ other self-employment  N/A  ☐Yes  ☒No
Amount___N/A_____ Received by_____N/A_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☒No
Amount___N/A_____ Received by___N/A_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes  ☒No
Amount___N/A_____ Received by___N/A_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes  ☒No
Amount___N/A_____ Received by___N/A_____

    f.    ☐Any other sources (state source:_____)  ☐Yes  ☒No
Amount___N/A_____ Received by___N/A_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No  Total amount:__N/A__
In whose name held:___N/A_____ Relationship to you:___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property:___N/A_____ Current Value:___N/A___
In whose name held:___N/A_____ Relationship to you:___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:___N/A_____
Type of property:___N/A_____ Current value:___N/A___
In whose name held:___N/A_____ Relationship to you:___N/A___
Amount of monthly mortgage or loan payments:___N/A___
Name of person making payments:___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐Yes  ☒No
Property:___N/A_____
Current value:___N/A___
In whose name held:___N/A_____ Relationship to you:___N/A___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
___N/A_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-27-08

_____
Signature of Applicant

GUY P. SALMON
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, GUY P. SALMON, I.D.# B53632, has the sum of $ 2.63 on account to his/her credit at (name of institution) Taylorville Corr. Center I further certify that the applicant has the following securities to his/her credit: NONE. I further certify that during the past six months the applicant's average monthly deposit was $ 57.63.
(Add all deposits from all sources and then divide by number of months).

8-5-08
DATE

Marla Marley
SIGNATURE OF AUTHORIZED OFFICER

MARLA MARLEY
(Print name)

rev. 10/10/2007

Date: 8/5/2008
Time: 7:55am
d_list_inmate_trans_statement_composite

Case 1:08-cv-04683    Document 3    Filed 08/18/2008    Page 4 of 5    Page 1

Taylorville Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2008 thru 07/31/2008;   Inmate: B53632;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B53632 Salmon, Guy**                                  **Housing Unit: TAY-1A-05-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 4.72 |
| 02/07/08 | Point of Sale | 60 Commissary | 038713 | 98399163 | Commissary | -4.26 | .46 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039105 |  | P/R month of 01/2008 | 12.03 | 12.49 |
| 02/13/08 | Mail Room | 01 MO/Checks (Not Held) | 044205 | 8345 | Salmon, Donna | 50.00 | 62.49 |
| 02/13/08 | Mail Room | 01 MO/Checks (Not Held) | 044205 | 8344 | Salmon, Donna | 50.00 | 112.49 |
| 02/14/08 | Point of Sale | 60 Commissary | 045728 | 98399829 | Commissary | -61.00 | 51.49 |
| 02/21/08 | Point of Sale | 60 Commissary | 052716 | 98400707 | Commissary | -24.98 | 26.51 |
| 02/28/08 | Mail Room | 04 Intake and Transfers In | 059205 | 57310 | Graham C.C. | 1.37 | 27.88 |
| 03/06/08 | Point of Sale | 60 Commissary | 066714 | 98402163 | Commissary | -24.81 | 3.07 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 067205 | 20057182594 | Salmon, Donna | 40.00 | 43.07 |
| 03/13/08 | Point of Sale | 60 Commissary | 073726 | 98402927 | Commissary | -30.24 | 12.83 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074105 |  | P/R month of 02/2008 | 19.20 | 32.03 |
| 03/17/08 | Disbursements | 83 Copies | 077305 | Chk #67503 | 220061, DOC: 523 Fund Inmate R, Inv. Date: 03/13/2008 | -.20 | 31.83 |
| 03/20/08 | Point of Sale | 60 Commissary | 080728 | 98403922 | Commissary | -24.52 | 7.31 |
| 04/10/08 | Payroll | 20 Payroll Adjustment | 101153 |  | P/R month of 03/2008 | 17.12 | 24.43 |
| 04/16/08 | Point of Sale | 60 Commissary | 107713 | 98406834 | Commissary | -14.49 | 9.94 |
| 04/17/08 | Disbursements | 84 Library | 108305 | Chk #67755 | 220527, DOC: 523 Fund Library, Inv. Date: 03/25/2008 | -2.80 | 7.14 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108305 | Chk #67756 | 220654, DOC: 523 Fund Inmate R, Inv. Date: 03/25/2008 | -1.68 | 5.46 |
| 04/17/08 | Disbursements | 81 Legal Postage | 108305 | Chk #67756 | 220653, DOC: 523 Fund Inmate R, Inv. Date: 03/25/2008 | -1.14 | 4.32 |
| 04/25/08 | Point of Sale | 60 Commissary | 116728 | 98408013 | Commissary | -4.17 | .15 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129153 |  | P/R month of 04/2008 | 17.98 | 18.13 |
| 05/14/08 | Point of Sale | 60 Commissary | 135713 | 98409841 | Commissary | -11.30 | 6.83 |
| 05/23/08 | Point of Sale | 60 Commissary | 144728 | 98411248 | Commissary | -2.91 | 3.92 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165105 |  | P/R month of 05/2008 | 19.20 | 23.12 |
| 06/16/08 | Mail Room | 01 MO/Checks (Not Held) | 168205 | 904822873 | Unknown | 50.00 | 73.12 |
| 06/17/08 | Disbursements | 80 Postage | 169305 | Chk #68205 | 223656, DOC: 523 Fund Inmate R, Inv. Date: 05/19/2008 | -2.19 | 70.93 |
| 06/17/08 | Disbursements | 81 Legal Postage | 169305 | Chk #68205 | 223726, DOC: 523 Fund Inmate R, Inv. Date: 05/19/2008 | -1.68 | 69.25 |
| 06/19/08 | Point of Sale | 60 Commissary | 171728 | 98413859 | Commissary | -48.49 | 20.76 |
| 07/03/08 | Point of Sale | 60 Commissary | 185728 | 98415316 | Commissary | -16.47 | 4.29 |
| 07/11/08 | Payroll | 20 Payroll Adjustment | 193105 |  | P/R month of 06/2008 | 18.88 | 23.17 |
| 07/16/08 | Disbursements | 84 Library | 198305 | Chk #68427 | 225303, DOC: 523 Fund Library, Inv. Date: 06/23/2008 | -1.00 | 22.17 |
| 07/16/08 | Disbursements | 84 Library | 198305 | Chk #68427 | 225876, DOC: 523 Fund Library, Inv. Date: 07/09/2008 | -.50 | 21.67 |
| 07/16/08 | Disbursements | 84 Library | 198305 | Chk #68427 | 226152, DOC: 523 Fund Library, Inv. Date: 07/14/2008 | -3.30 | 18.37 |
| 07/16/08 | Disbursements | 81 Legal Postage | 198305 | Chk #68428 | 226227, DOC: 523 Fund Inmate R, Inv. Date: 07/16/2008 | -2.17 | 16.20 |
| 07/17/08 | Point of Sale | 60 Commissary | 199714 | 98416872 | Commissary | -16.05 | .15 |
| 07/18/08 | Mail Room | 01 MO/Checks (Not Held) | 200205 | 5593080 | Salmon, Donna | 50.00 | 50.15 |
| 07/24/08 | Point of Sale | 60 Commissary | 206728 | 98417702 | Commissary | -33.52 | 16.63 |
| 07/31/08 | Point of Sale | 60 Commissary | 213728 | 98418365 | Commissary | -10.40 | 6.23 |

REPORT CRITERIA - Date: 02/01/2008 thru 07/31/2008;   Inmate: B53632;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B53632 Salmon, Guy**                    **Housing Unit: TAY-1A-05-19**

| | |
|---|---:|
| Total Inmate Funds: | 6.23 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 3.60 |
| Funds Available: | 2.63 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 07/25/2008 | 226653 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 07/30/2008 | 226785 | Disb | Copies | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.10 |
| 07/30/2008 | 226852 | Disb | Library Copies | 2 DOC: 523 Fund Library | $1.40 |
| 08/01/2008 | 226921 | Disb | Library | 2 DOC: 523 Fund Library | $0.90 |
| | | | | **Total Restrictions:** | **$3.60** |