UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) GUY P. SALMON
MARSHALL PIPPION ON BEHALF OF
AND ALL OTHER SIMILARLY SITUATED,

V.

Defendant(s) ROGER E. WALKER JR. DIRECTOR IDOC,
GLENN M. JACKSON CHIEF RECORD OF
ILLINOIS DEPARTMENT OF CORRECTION

08CV4683
JUDGE PALLMEYER
MAG. NOLAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, GUY P. SALMON & MARSHALL PIPPION ON BEHALF OF ALL OTHER SIMILARLY, declare that I am the (check appropriate box)
   [xx] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: PLAINTIFFS CORRESPONDENCE TO THE Uptown People's Law Center was rejected for representation. KIRKLAND & ELLIS LLP REFUSED TO REPRESENT

3. In further support of my motion, I declare that (check appropriate box):

   [xx] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [N/A] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [xx] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [N/A] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [N/A] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct. yes

_____
Movant's Signature (s)

_____
Date

P.O. BOX 900
Street Address
Taylorville, Ill 62568
City, State, ZIP

FILED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: N/A | Case Number: N/A |
| Case Title: N/A | |
| Appointed Attorney's Name: N/A | |
| If this case is still pending, please check box ☐ | |

**UPTOWN PEOPLE'S LAW CENTER**
4413 NORTH SHERIDAN • CHICAGO, IL 60640
773 • 769 • 1411    FAX   773 • 769 • 2224

## Your Responsibility Using This Information

You are being sent this letter because you wrote us asking for help with your criminal conviction. We have not investigated your case, and therefore can not offer you any advice or information specific to your claim. When we put together the information in this letter, we did our best to make sure it was accurate, but the laws change, and not all of the information applies to every case. If you use this document, it is therefore your responsibility to make sure the information is still current, and applies to your particular situation.

## Criminal Cases

This office received your recent letter seeking help with your criminal case or conviction. While we represent many prisoners, the work we do is limited to civil rights cases challenging the way people are treated in prison. We do not do criminal work, including appeals, habes, post convictions, etc.

If your case is on appeal, then the public defender should have been appointed to represent you in that appeal. In Cook County, the appeals process may take several years, and it may take several months for the public defender to contact you.

If you wish to challenge your conviction, you should know that there are very strict deadlines for doing so. You should be sure to comply with the deadlines, or you may never be able to challenge your conviction. There are some exceptions, particularly for newly discovered evidence and actual innocence claims. However, the details of when those apply are beyond the scope of this document.

Many prisoners ask for referrals to lawyers who will challenge their convictions pro bono. Other than the public defender's office, the main group who is doing this work is The Center on Wrongful Convictions. The contact information for that group is:

> Steven Drizin, Director
> The Center on Wrongful Convictions
> Bluhm Legal Clinic
> Northwestern University School of Law
> 357 E. Chicago Ave.
> Chicago, Illinois  60611

When writing the Center, it is important to include as much factual information as possible. They receive many more requests than they can possibly handle, so you should not wait for a response from the Center (or anyone else) if you have a deadline approaching. It is usually easier to amend a document which you have filed on time than it is to get permission to file a document late.

Sincerely,
*Uptown People's Law Center*
